[No. 16046-7-III.    Division Three.    January 15, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. MITCHELL
A. FAIRLEY, SR., *Appellant*.

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 96-1-00065-2, Donald W. Schacht, J.,
entered August 19, 1996. *Affirmed* by unpublished opinion
per Burchard, J. Pro Tem., concurred in by Kurtz, A.C.J.,
and Sweeney, J.

[No. 20017-1-II.    Division Two.    January 16, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
ROWE RUSSO, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 95-1-00836-4, Edwin L. Poyfair, J., entered
September 28, 1995. *Reversed* by unpublished opinion per
Houghton, C.J., concurred in by Bridgewater and Hunt,
JJ.

[No. 20266-2-II.    Division Two.    January 16, 1998.]

RONALD A. ROBERTS, *as Assignee, Respondent*, v.
DEMAY C. JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 95-2-06134-1, Terry D. Sebring, J., entered
December 22, 1995. *Affirmed* by unpublished opinion per
Bridgewater, A.C.J., concurred in by Morgan and Seinfeld,
JJ.